# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

In the Matter of the Search of:

Information associated with all Google accounts that, during the time period described below, were accessed from a mobile device located in the geographic regions, more fully described in Attachment A.

)
)
)
)
)
)
)

Case No. 20-882M (NJ)

## SEARCH AND SEIZURE WARRANT

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the Eastern District of Wisconsin:

See Attachment A

I find that the affidavit(s) or any recorded testimony, establish probable cause to search and seize the person or property described above and that such search will reveal:

See Attachment B

**YOU ARE COMMANDED** to execute this warrant ON OR BEFORE ___February 7, 2020___ (not to exceed 14 days)
☐ in the daytime between 6:00 a.m. and 10:00 p.m.   ☒ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to Honorable Nancy Joseph_____.
(United States Magistrate Judge)

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized (check the appropriate box)
  ☐ for _____ days (not to exceed 30)    ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: ___January 24, 2020 @ 3:30pm___    ___[signature]___
                                                            Judge's signature

City and State: Milwaukee, Wisconsin    Honorable Nancy Joseph, U.S. Magistrate Judge
                                        Printed Name and Title

AO 93 (mod. 5/14) Search and Seizure Warrant

## Return

| Case No: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| 20-882 M (NJ) | 1/24/2020 4:00pm | N/A |

Inventory made in the presence of:
N/A - Electronic Submission

Inventory of the property taken and/or name of any person(s) seized:

Device ID and Google Account information regarding Device ID # - 703841387. The electronic files were downloaded by ATF and inventoried as Item #22.

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the undersigned judge.

Date: 3/9/2020

_Executing officer's signature_

Rick Hankins, SA
_Printed name and title_

Subscribed, sworn to, and returned before me this date:

Date: March 9, 2020

_United States Magistrate Judge_

## ATTACHMENT A

### Property To Be Searched

This warrant is directed to Google LLC and applies to:

(1) location history data, sourced from methods including GPS, Wi-Fi, and Bluetooth, generated from devices and that reported a device location within the geographical region bounded by the latitudinal and longitudinal coordinates, dates, and times below ("Initial Search Parameters"); and

(2) identifying information for Google Accounts associated with the responsive location history data.

Search Parameters

## Location #A: Area Near the Intersection of North 1st Street and West Clark Street

Date: 12/06/2019 / Time Period (including time zone): 0405hrs(CST) – 0432hrs(CST)

Target Location: Geographical area identified within the following latitude/longitude coordinates and connected by straight lines:

- Point A1: 43.065702°N, - 87.911237°W
- Point A2: 43.065674°N, - 87.911027°W
- Point A3: 43.065210°N, - 87.911023°W
- Point A4: 43.065192°N, - 87.911225°W



19

Search Parameters

## Location #B: Area Near 2537-2541 North MLK Drive

Date: 12/06/2019 / Time Period (including time zone): 0415hrs(CST) – 0432hrs(CST)

Target Location: Geographical area identified within the following latitude/longitude coordinates and connected by straight lines:

- Point B1: 43.065718°N, - 87.914883°W
- Point B2: 43.065703°N, - 87.914212°W
- Point B3: 43.064710°N, - 87.914208°W
- Point B4: 43.063998°N, - 87.914906°W



Search Parameters

**Location #C: Area Near the Intersection of West Meinecke Avenue and North 2nd Street**

Date: 12/06/2019 / Time Period (including time zone): 0345hrs(CST) – 0351hrs(CST)

Target Location: Geographical area identified within the following latitude/longitude coordinates and connected by straight lines:

- Point C1: 43.062588°N, - 87.912756°W
- Point C2: 43.062572°N, - 87.912520°W
- Point C3: 43.062179°N, - 87.912512°W
- Point C4: 43.062185°N, - 87.912756°W



21

## ATTACHMENT B

## Particular Items to Be Seized

I. **Information to be disclosed by Google**

Google shall provide responsive data (as described in Attachment A) to the government pursuant to the following process:

1. Google shall query location history data based on the Initial Search Parameters specified in Attachment A.

2. For each location point recorded within the Initial Search Parameters, Google shall produce to the government anonymized information specifying the corresponding unique device ID, timestamp, coordinates, display radius, and data source, if available (the "Anonymized List").

3. The government shall review the Anonymized List in order to prioritize the devices about which it wishes to obtain identifying information.

4. Google is required to disclose to the government identifying information, as defined in 18 U.S.C. § 2703(c)(2), for the Google Account associated with each device ID about which the government inquires.

22

## II. Information to Be Seized

All information described above in Section I that constitutes evidence of a violation of 18 U.S.C. § 844(i) that was committed on or about December 6, 2019, at 2541 North Martin Luther King Drive, in Milwaukee, Wisconsin.

23